

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00515-CV

———————————————————

JOSUE BERLANGA, Appellant

V.

DELMIRA MANDRACCHIA, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-334973-22

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has filed an unopposed motion to dismiss this appeal. Although Appellant has yet to pay the required filing fee for this motion, *see* Tex. R. App. P. 5, we nonetheless grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs, *see* Tex. R. App. P. 42.1(d), 43.4, and Appellant remains responsible for his past-due filing fee, *see* Tex. R. App. P. 5.

Per Curiam

Delivered: March 2, 2023